## Commonwealth ex rel. Green, Appellant, *v.* Freiheit.

 Argued December 7, 1973. *B. Jerome Shane,* for appellant; no appearance entered nor brief submitted for appellee.

OPINION PER CURIAM: The order of support is increased to forty-five dollars ($45.00) per week, and affirmed as modified.

SPAULDING, J., absent.

## Commonwealth ex rel. Kipp *v.* Kipp, Appellant.

Argued December 3, 1973. *Richard L. Raymond,* with him *Schroeder, Jenkins and Raymond,* for appellant; *Frank J. Wesner, Jr.,* with him *Kassab, Cherry and Archbold,* for appellee.

Order affirmed.

SPAULDING, J., absent.